UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **HUGO IVAN SANCHEZ,**<br><br>**Petitioner,**<br><br>v.<br><br>DAVID B. LONG (Warden),<br><br>Respondent. | No. LA CV 13-4680-VBF (PLA)<br><br>ORDER<br><br>Overruling Petitioner's Objections;<br>Adopting the Report and Recommendation;<br><br>**Denying the Habeas Corpus Petition;**<br><br>Directing Entry of Separate Final Judgment;<br><br>Dismissing the Action With Prejudice;<br>Terminating and Closing the Case **(JS-6)** |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. section 2254 ("petition") (CM/ECF Document ("Doc") 1), the respondent warden's answer and accompanying memorandum (Doc 24), the relevant decision(s) of the California state courts, the state-court "lodged documents" submitted by the respondent in paper form (listed in the "Notice of Lodging" index at Doc 25), petitioner's traverse (Doc 32), the Report and Recommendation ("R&R")  issued by the United States Magistrate Judge pursuant to Fed. R. Civ. P.

72(b)(1) and 28 U.S.C. § 636(b)(1)(B) on November 16, 2015 (Doc 37), petitioner's timely[1] objections to the R&R (Doc 43), and the applicable law.

"Federal Rule of Civil Procedure 72(b)(2) gave respondent a right to respond to the objections, but the time to do so has elapsed and respondent has filed neither a response nor a request for an extension of time. Accordingly, the Court proceeds to the merits without waiting further." *Ruelas v. Muniz*, No. SA CV 14-01761, 2016 WL 540769, *1 (C.D. Cal. Feb. 9, 2016) (Fairbank, J.).

"As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the Magistrate Judge's R&R." *Rael v. Foulk*, No. LA CV 14-02987, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015) (Fairbank, J.), *appeal filed*, No. 15-56205 (9th Cir. Aug. 6, 2015).

ORDER

Petitioner's objections to the Report and Recommendation are **OVERRULED**.

The Report and Recommendation is **ADOPTED**.

The petition for a writ of habeas corpus is **DENIED**.

The Court will rule on a certificate of appealability by separate order.

Final judgment in favor of respondent shall be entered consistent with this Order.

As required by Fed. R. Civ. P. 58(a), that judgment shall be a separate document.

---

[1] Both Fed. R. Civ. P. 72(b)(2) and 28 U.S.C. § 636(b)(1) provide that a party may file written objections to an R&R within fourteen days after being served with the R&R. Our Local Civil Rule 72-3.3, however, provides that "[i]f a party is in custody at the time of the filing of the Magistrate Judge's Report, the time for filing objections under F.R. Civ. P. 72(b) shall be shall be twenty (20) days or such further time as the Magistrate Judge may order."

"Consistent with the Federal Rule governing Magistrate Judges and the Federal Magistrates Act, the Court construes that to mean twenty calendar days after the incarcerated party is *served with* the R&R, not merely twenty days after the R&R is filed on the docket." *Crump v. CSP-Los Angeles County's Maintenance-Plant Operations Dep't*, No. LA CV 15-07845 Doc. 37 at 2 n.1, 2016 WL 1610593, *1 n.1 (C.D. Cal. Apr. 21, 2016) (Valerie Baker Fairbank, Sr. J.).

1         The Clerk of Court **SHALL TERMINATE AND CLOSE this case**.

3  Dated: Tuesday, May 3, 2016

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE

3