# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **HUGO IVAN SANCHEZ,** | No. LA CV 13-04680-VBF (PLA) |
| Petitioner, | FINAL JUDGMENT |
| v. | |
| DAVID B. LONG, Warden, | |
| Respondent. | |

Pursuant to the Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the Habeas Corpus Petition, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Hugo Ivan Sanchez.**

DATED:  Tuesday, May 3, 2016

_____
HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE